**Order entered August 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00295-CR

**JESUS EMMANUEL TREVINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F16-00420-X**

## ORDER

Before the Court is appellant's August 20, 2019 second motion for extension of time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief due on or before September 19, 2019. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing under rule 38.8(b)(3). *See* TEX. R. APP. P. 38.8(b)(3).


/s/     CORY L. CARLYLE
        JUSTICE